**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ELLIOTT, | ) **Case No.: 2:09-cv-06659-PA-MAN** |
| Plaintiff, | ) |
| v. | ) **ORDER OF JUDGMENT** |
| REGENT ASSET MANAGEMENT SOLUTIONS, INC., | ) |
| Defendant. | ) |

Plaintiff has filed notice of his acceptance of Defendant's Rule 68 Offer of Judgment in this matter.  Defendant's Offer of Judgment provided $1,001.00 to Plaintiff plus court costs and reasonable attorneys' fees to be decided by noticed motion if not resolved amongst the parties.

Accordingly, Judgment is hereby entered in favor of Plaintiff in the sum of $1,001.00 court costs and reasonable attorneys' fees to be decided by noticed motion if necessary.  This Honorable Court shall retain jurisdiction of this matter should a formal motion for attorneys' fees and costs be necessary.

**IT IS SO ORDERED.**

**Date: February 1, 2010**          **By:** _____

**Hon. United States District Court Judge**

- 1 -

**ORDER**