# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ELLIOTT,<br><br>    Plaintiff,<br>v.<br><br>REGENT ASSET MANAGEMENT SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 2:09-cv-06659-PA-MAN<br><br>**AMENDED ORDER OF JUDGMENT** |

Plaintiff has filed notice of his acceptance of Defendant's Rule 68 Offer of Judgment in this matter. The parties have since informed this Court that a resolution has been reached regarding Plaintiff's reasonable attorneys' fees and costs.

Accordingly, Judgment is hereby entered in favor of Plaintiff in the sum of $1,001.00 for damages and in the sum of $3,057.20 for reasonable attorneys' fees and costs.

**IT IS SO ORDERED.**

**Date: March 2, 2010**          **By:** _/s/ Terry Hatter_

**Hon. United States District Court Judge**